UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                       18-CR-665 (PKC)

   -against-               ORDER

MATTHEW SPRUILL,

        Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

   The Court is in receipt of the government's opposition to defendant's motion for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A). (ECF 82.)

   If defendant wishes to respond to the government's opposition, he may do so by August 2, 2024.

   SO ORDERED.

                     *P. Kevin Castel*
                     P. Kevin Castel
                   United States District Judge

Dated: New York, New York
     July 2, 2024

Mailed to:
MATTHEW SPRUILL, Register No. # 69065-054
USP CANAAN
U.S. PENITENTIARY
P.O. BOX 300
WAYMART, PA  18472